JUDGE SCHEINDLIN

07 CV 6014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PowerDsine, Inc. and PowerDsine, Ltd.

-v-

AMI Semiconductor, Inc. and
AMI Semiconductor Belgium, BVBA

Case No.

**Rule 7.1 Statement**

JUN 2 5 2007

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____PLAINTIFFS_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Microsemi Corporation
2381 Morse Avenue
Irvine, California 92614

Date: 6/22/07

Signature of Attorney
Walter G. Hanchuk
**Attorney Bar Code:** WH-7096

Form Rule7_1.pdf