UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
POWERDSINE, INC., and
POWERDSINE, LTD.,

       Plaintiffs,

—vs.—

AMI SEMICONDUCTOR, INC., and
AMI SEMICONDUCTOR
BELGIUM, BVBA,

       Defendants.
------------------------------------X

No. 07-CV-6014 (SAS)

[PROPOSED]
ORDER

Upon Defendants' request, and with Plaintiffs' consent, it is hereby ORDERED that:

Michael A. Oblon, Donald J. Friedman, and James M. Denaro of the law firm Perkins Coie LLP are admitted *Pro Hac Vice* to practice before this Court.

SO ORDERED

Hon. Shira A. Scheindlin
United States District Judge

Dated: New York, New York
      August 2, 2007