

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

POWERDSINE, INC. and POWERDSINE, LTD.,

    Plaintiffs,

v.

AMI SEMICONDUCTOR, INC. AND
AMI SEMICONDUCTOR BELGIUM BVBA

    Defendants.

Civil Action No. 07 Civ. 6014(SAS)

STIPULATION AND
[PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to this action that Defendants AMI SEMICONDUCTOR, INC. and AMI SEMICONDUCTOR BELGIUM BVBA's time to answer, move, or otherwise respond in any manner to the First Amended Complaint in the above-captioned action is extended from August 9, 2007 to August 17, 2007.

By filing this Stipulation, Defendants' counsel, Perkins Coie LLP and Richards Kibbe & Orbb LLP, do not consent to jurisdiction on behalf of the Defendants.

Date: August 7, 2007

Michael A. Oblon
Perkins Coie, LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
(202) 434-1607

Brian Fraser
Richards Kibbe & Orbb LLP
One World Financial Center
New York, NY 10281-1003
(212) 530-1820

Attorneys for Defendants
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA

Date: August 7, 2007

_____
Walter Hanchuk
Dennis Hopkins
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

Attorneys for Plaintiffs
POWERDSINE, INC. and
POWERDSINE, LTD.

SO ORDERED:

Date: 8/10/07

_____
Shira A. Scheindlin
U.S.D.J.

2