UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
* * * * * * * * * * * * *

PowerDsine, Inc et al

        Plaintiff(s),

vs.

AMI Semiconductor Inc et al

        Defendant(s).

Case No. 07-Civ6014 (SAS)

Affidavit of Service

* * * * * * * * * * * * *

I, <u>Tamy Kilpack</u>, being first duly sworn, depose and say:

I am a citizen and private process server residing in the county of Bannock, state of Idaho, over the age of eighteen (18), and not a party to or interested in these proceedings.

I hereby certify that on the <u>20th</u> day of <u>July</u>, 2007, at <u>4:00 PM</u>, I received the <u>Amended Summons; First Amended Complaint; Individual Rules and Procedures of Judge Shira A Sheindlin; Form of Consent to Proceed Before US Magistrate; Individual Practices of Magistrate Judge Maas; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing</u>.

On the 20th day of July, 2007, 4:25 PM, I served a true and correct copy upon AMI Semiconductor, Inc, at AMI Semiconductor; 2300 Buckskin Road Pocatello, Idaho, the within named defendant personally, by delivering to and leaving the above named documents with DeVone Gerry; Legal Council.

                                                _____
                                                Process Server

Subscribed and Sworn to before me this <u>3</u> day of August in the year 2007, before me, a Notary Public, personally appeared <u>Tamy Kilpack</u>, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

                                          _____
                                          Notary Public
                                          Residing at <u>Pocatello</u>, Idaho
                                          My Commission expires: 9/13/2012