UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POWERDSINE, INC. and POWERDSINE, LTD.,

                              Plaintiffs,

        -against-

AMI SEMICONDUCTOR, INC. and AMI
SEMICONDUCTOR BELGIUM BVBA,

                             Defendants.

C A No. 07 Civ. 6014(SAS)(FM)

**AFFIDAVIT OF
COREY DURHAM**

---

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

COREY DURHAM, being duly sworn, deposes and says:

1. I am in the employ of CHADBOURNE & PARKE LLP, attorneys for PowerDsine, Inc. and PowerDsine, Ltd. herein. I am over the age of eighteen years and not a party to this action.

2. On the 23rd day of July 2007, I received a sealed envelope from Milagros Pichardo, whom I know to be an employee of Chadbourne & Parke LLP, designated for registered mail, PS Form 3806 and PS Form 2865 each marked to indicate Article Number RA 655 811 486 US and bearing the following address:

        Attn: General Counsel
        AMI Semiconductor Belgium BVBA
        Westerring 15
        Oudenaarde, B-9700

3. I delivered the envelope and accompanying forms to a window at the United States Postal Service at 30 Rockefeller Plaza, New York, New York 10112. I paid the

appropriate postage for delivery by registered mail to the postal worker at the window. The PS Form 3806 was returned to me having been stamped and marked by the postal worker to indicate receipt of the envelope and payment of the appropriate postage for delivery by registered mail.

    4. I returned the stamped and marked PS Form 3806 to the Mail Room of Chadbourne & Parke LLP for delivery to Milagros Pichardo, for further deliver to Dennis Hopkins.

    5. I swear under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

_____
Corey Durham

Sworn to before me this
14th day of August, 2007.

_____
Notary Public

PAUL TANCK
Notary Public, State of New York
No. 02TA6123675
Qualified in New York County
Commission Expires March 14, 2009

2