# EXHIBIT B

| Item Description (Nature de l'envoi) | Registered ☒ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number RA 655 811 486 US

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Attn: General Counsel/ AMI Semiconductor Belgium BVBA

Street and No. (Rue et No.)
Westerring 15

Place and Country (Localité et pays)
Oudenaarde, B-9700, BELGIUM

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire)  | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion* 

Postmark of the office returning the receipt Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Dennis Hopkins, Esq./Chadbourne & Parke LLP

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

30 Rockefeller Plaza, 33rd Floor
Street and Number (Rue et no.)
New York, NY 10112
City, State, and ZIP + 4 (Localité et code postal)

UNITED STATES OF AMERICA .......... États-Unis d'Amérique

PS Form **2865**, February 1997 | *Avis de réception* | **CN07** (Old C5)