UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERDSINE, INC. and POWERDSINE, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> AMI SEMICONDUCTOR, INC. and AMI SEMICONDUCTOR BELGIUM BVBA, <br><br> Defendants. | C A No. 07 Civ. 6014(SAS)(FM) <br><br> **AFFIDAVIT OF** <br> **MILAGROS PICHARDO** |

STATE OF NEW YORK   )
                                   : ss.:
COUNTY OF NEW YORK )

      MILAGROS PICHARDO, being duly sworn, deposes and says:

    1.  I am in the employ of CHADBOURNE & PARKE LLP, attorneys for PowerDsine, Inc. and PowerDsine, Ltd. herein. I am over the age of eighteen years and not a party to this action.

    2.  On the 23rd day of July 2007, I prepared an envelope designated for registered mail having Article Number RA 655 811 486 US and bearing the following address:

> AMI Semiconductor Belgium BVBA
> Westerring 15
> Oudenaarde, B-9700, BELGIUM
> Attn: General Counsel

    3.  I inserted the following documents into the envelope and sealed it:

- Cover Letter from Dennis Hopkins, Esq.
- Amended Summons
- First Amended Complaint
- Individual Rules and Procedures of Judge Shira A. Sheindlin
- Form of Consent to Proceed Before U.S. Magistrate
- Individual Practices of Magistrate Judge Maas

- USDC/SDNY Instructions for Filing An Electronic Case or Appeal
- USDC/SDNY Procedures for Electronic Case Filing
- USDC/SDNY Guidelines for Electronic Case Filing

4. I prepared PS Form 3806, Receipt for Registered Mail, bearing the address for AMI Semiconductor Belgium BVBA as indicated above.

5. I prepared PS Form 2865, Return Receipt for International Mail, bearing the address for AMI Semiconducter Belgium BVBA as indicated above.

6. I delivered the sealed envelope with PS Forms 3806 and 2865 to Corey Durham, an employee whom I know to work in the Mail Room of Chadbourne and Parke LLP (the" Mail Room") for delivery to the U.S. Post Office.

7. On or about July 24, 2007, the PS Form 3806 that I had addressed and delivered to the Mail Room the previous day was delivered to my desk for further delivery to Dennis Hopkins, Esq., an attorney for the Plaintiffs in this case. The returned PS Form 3806 was exactly as I had addressed it, but further included a stamp and other markings, indicating, upon information and belief, delivery to the U.S. Post Office. The PS Form 3806 that was returned to me is attached hereto as Exhibit A.

8. On or about August 3, 2007, the PS Form 2865 that I had addressed and submitted to the Mail Room on July 23, 2007 was returned to me for delivery to Dennis Hopkins, Esq. The returned form was exactly as I had addressed it, except that it further included a signature in the "Signature of Addressee" block and, on the opposite side of the Form, what appears to be a postal service stamp bearing the words "Oudenaarde 9700" and the date stamp "30.07.07." The PS Form 2865 that was returned to me is attached hereto as Exhibit B.

9. I swear under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

                                                                       Milagros Pichardo

Sworn to before me this
14th day of August, 2007.

_____
Notary Public

GRISELDA R. TORO-RAMOS
Notary Public, State of New York
No. 01TO5083170
Qualified in Queens County
Certificate Filed in New York County
Commission Expires August 4, 20__

3