Brian S. Fraser
Jon Connolly
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281-1003
Telephone:  212-530-1800
Telecopier:  212-530-1801

Michael A. Oblon (admitted *Pro Hac Vice*)
Donald Friedman (admitted *Pro Hac Vice*)
James M. Denaro (admitted *Pro Hac Vice*)
Perkins Coie
607 Fourteenth Street, N.W.
Washington, DC  20005
Telephone:  202-628-6600
Telecopier:  202-434-1690

Attorneys for Defendants/Counterclaim-Plaintiffs
AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| POWERDSINE, INC. and POWERDSINE, LTD.,<br><br>             Plaintiffs,<br>   v.<br>AMI SEMICONDUCTOR, INC. and<br>AMI SEMICONDUCTOR BELGIUM BVBA,<br><br>             Defendants. | 07 Civ. 6014 (SAS) (ECF)<br><br>**RULE 7.1 STATEMENT ON BEHALF OF DEFENDANTS/ COUNTERCLAIM-PLAINTIFFS AMI SEMICONDUCTOR, INC. AND AMI SEMICONDUCTOR BELGIUM BVBA** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

             Counterclaim-Plaintiffs,
   v.
POWERDSINE, INC. and POWERDSINE, LTD.,

             Counterclaim-Defendants.
    and
MICROSEMI CORPORATION,

             Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants/Counterclaim-Plaintiffs AMI Semiconductor, and AMI Semiconductor Belgium BVBA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held and own more than 10% of the stock of AMI Semiconductor, and AMI Semiconductor Belgium BVBA:

>AMIS Holdings, Inc.
>2300 Buckskin Road
>Pocatello, ID  83201

Dated: New York, New York
August 17, 2007

>RICHARDS KIBBE & ORBE LLP
>
>/s/ Brian Fraser
>Brian S. Fraser
>Jon Connolly
>One World Financial Center
>New York, New York 10281-1003
>(212) 530-1800
>
>- And -
>
>Michael A. Oblon (admitted *Pro Hac Vice*)
>Donald Friedman (admitted *Pro Hac Vice*)
>James M. Denaro (admitted *Pro Hac Vice*)
>Perkins Coie
>607 Fourteenth Street, N.W.
>Washington, DC  20005
>Telephone:  202-628-6600
>Telecopier:  202-434-1690
>
>Counsel for Defendants/Counterclaim-Plaintiffs
>AMI Semiconductor, Inc. and AMI Semiconductor
>Belgium BVBA