## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I served the foregoing *Rule 7.1 Statement on Behalf of Defendants/Counterclaim-Plaintiffs AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA* through the Court's electronic notification system to all registered counsel.

_____
Adam Marsh