## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I served the foregoing *Answer of All Defendants to First Amended Complaint, and Counterclaims of AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA* through the Court's electronic notification system to all registered counsel.

_____
Adam Marsh