So Ordered T

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POWERDSINE, INC. and POWERDSINE, LTD.,

                Plaintiffs,

-against-

AMI SEMICONDUCTOR, INC. and AMI
SEMICONDUCTOR BELGIUM BVBA,

                Defendants.

C A No. 07 Civ. 6014(SAS)(FM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, as follows:

1. Claim Two Against Defendants AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA is dismissed without prejudice.

2. Defendants are not required to answer or otherwise respond to paragraphs 77 through 82 of the First Amended Complaint.

3. Plaintiffs no longer request the relief recited in clauses A.(d) and A.(e) of Plaintiffs' Prayer For Relief.

4. Plaintiffs' remaining claim against Defendants, Claim One, shall continue in full force and shall not be affected in any way whatsoever by this stipulation and order.

Date: August 14, 2007

                                            Walter Hanchuk
                                            Dennis Hopkins
                                            Chadbourne & Parke LLP
                                            30 Rockefeller Plaza
                                            New York, NY 10112
                                            (212) 408-5100

                                            *Attorneys for Plaintiffs*
                                            POWERDSINE, INC. and
                                            POWERDSINE, LTD.

Date: _August 14, 2007_  /s/ Michael A. Oblon
Michael A. Oblon
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
(202) 434-1607

Brian Fraser
Jon Connolly
Richards Kibbe & Orbb LLP
One World Financial Center
New York, NY 10281-1003
(212) 530-1820

*Attorneys for Defendants*
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA

SO ORDERED:

Date: _8/17/07_   /s/ Shira A. Scheindlin
SHIRA A. SCHEINDLIN
U.S.D.J.