| *Attorney or Party without Attorney:*<br>MICHAEL A. OBLON<br>PERKINS COIE LLP<br>607 FOURTEENTH STREET, N.W.<br>WASHINGTON, DC 20005<br>*Telephone No:* 202-628-6600   *FAX No:* 202-434-1690 | *For Court Use Only* |
|---|---|
| *Attorney for:* Defendant   *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of New York

*Plaintiff:* POWERSINDE, INC., ET AL.
*Defendant:* AMI SEMICONDUCTOR, INC., ET AL.

| **PROOF OF SERVICE THIRD PARTY SUMMONS IN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV6014(SAS)(ECF) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT ; ANSWER TO ALL DEFENDANTS TO FIRST AMENDED COMPLAINT, AND COUNTERCLAIMS OF AMI SEMICONDUCTOR, INC. AND AMI SEMICONDUCTOR BELGIUM BVBA

3. a. Party served:       MICROSEMI CORPORATION
   b. Person served:     RHONDA MCCARTY, CSC LAWYERS INCORPORATING SERVICE,
                         REGISTERED AGENT., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE
                                          STE. 100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 20, 2007 (2) at: 2:30PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WILLIAM COLEY                                         d. *The Fee for Service was:*

                                                            e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Aug. 23, 2007

   Judicial Council Form                PROOF OF SERVICE               (WILLIAM COLEY)
   Rule 982.9.(a)&(b) Rev January 1, 2007    THIRD PARTY SUMMONS IN                            3889206.micob.82535