UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERDSINE, INC. and POWERDSINE, LTD.,<br><br>      Plaintiffs,<br> v.<br><br>AMI SEMICONDUCTOR, INC. and<br>AMI SEMICONDUCTOR BELGIUM BVBA,<br><br>      Defendants. | 07 Civ. 6014 (SAS)(FM) |
| AMI SEMICONDUCTOR, INC. and<br>AMI SEMICONDUCTOR BELGIUM BVBA,<br><br>      Counterclaim-Plaintiffs,<br> v.<br><br>POWERDSINE, INC. and POWERDSINE, LTD.,<br><br>      Counterclaim-Defendants,<br> and<br><br>MICROSEMI CORPORATION,<br><br>      Third-Party Defendant. | **RULE 7.1 STATEMENT ON BEHALF OF THIRD-PARTY DEFENDANT MICROSEMI CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Microsemi Corporation (a private non-governmental party)

certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held and own more than 10% of the stock Microsemi Corporation.

Dated: New York, New York
      September 6, 2007

CHADBOURNE & PARKE LLP

By *[signature]*
Walter G. Hanchuk (WH-7096)
Dennis C. Hopkins (DH-3767)
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

*Attorneys for Plaintiffs/Counterclaim Defendants,*
   PowerDsine, Inc. and PowerDsine, Ltd.
*Attorneys for Third-Party Defendant,*
   Microsemi Corporation