UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWERDSINE, INC. and POWERDSINE, LTD.,

    Plaintiffs,

v.

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

    Defendants.

---

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

    Counterclaim-Plaintiffs,

v.

POWERDSINE, INC. and POWERDSINE, LTD.,

    Counterclaim-Defendants,

and

MICROSEMI CORPORATION,

    Third-Party Defendant.

07 Civ. 6014 (SAS)(FM)
ECF Case

**STIPULATION AND
[PROPOSED] ORDER**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, that the time for the parties to submit to the Court for approval a Stipulation and Protective Order addressing confidential matters, or otherwise jointly move for a Protective Order by a motion addressing the parties' points of agreement and disagreement shall be extended from September 14, 2007, as set forth in the Scheduling Order,

until September 18, 2007 to allow the parties time to finalize a joint agreement. This is the first request for an extension of time to submit a Stipulation and Protective Order to the Court for Approval.

Date: September 14, 2007

_____
Walter Hanchuk
Dennis Hopkins
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

*Attorneys for Plaintiffs/Counterclaim Defendants and Third-Party Defendant*
POWERDSINE, INC.
POWERDSINE, LTD.
MICROSEMI CORPORATION

Date: September 14, 2007

_____
Michael A. Oblon
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
(202) 434-1607

Brian Fraser
Jon Connolly
Richards Kibbe & Orbb LLP
One World Financial Center
New York, NY 10281-1003
(212) 530-1820

*Attorneys for Defendants/Counterclaim-Plaintiffs*
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA

SO ORDERED:

Date: 9/17/07

_____
SHIRA A. SCHEINDLIN
U.S.D.J.