UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POWERDSINE, INC. and POWERDSINE, LTD.,

        Plaintiffs,

    v.

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

        Defendants.

---

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

        Counterclaim-Plaintiffs,

    v.

POWERDSINE, INC. and POWERDSINE, LTD.,

        Counterclaim-Defendants,

    and

MICROSEMI CORPORATION,

        Third-Party Defendant.

---

9/19/07

07 Civ. 6014 (SAS)(FM)
ECF Case

**STIPULATION AND
[PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, that the time for the parties to submit to the Court for approval a Stipulation and Protective order addressing confidential matters, or otherwise jointly move for a Protective Order by a motion addressing the parties' points of agreement and disagreement shall be further extended from September 18, 2007 until September 24, 2007 to allow the parties additional time to finalize a joint agreement. This is the second request for an extension of time to submit a Stipulation and Protective Order to the Court for Approval.

Dated: September 18, 2007                    PERKINS COIE LLP

By

Michael A. Oblon
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 628-6600

*Attorneys for Defendants/Counterclaim-Plaintiffs,*
AMI Semiconductor, Inc. and
AMI Semiconductor Belgium BVBA

Dated: September 18, 2007                    CHADBOURNE & PARKE LLP

By

Walter G. Hanchuk (WH-7096)
Dennis C. Hopkins (DH-3767)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

*Attorneys for Plaintiffs/Counterclaim Defendants,*
PowerDsine, Inc. and PowerDsine, Ltd.
*Attorneys for Third-Party Defendant,*
Microsemi Corporation

SO ORDERED:
Date: Sept 19, 2007

SHIRA A. SCHEINDLIN
U.S.D.J.

2