UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
POWERDSINE, INC. and POWERDSINE, LTD.,  :

           Plaintiffs,  :
   v.
AMI SEMICONDUCTOR, INC. and  :
AMI SEMICONDUCTOR BELGIUM BVBA,  :

           Defendants.  :

                                 07 Civ. 6014 (SAS) (ECF)

[~~PROPOSED~~] ORDER

------------------------------------- x
AMI SEMICONDUCTOR, INC. and  :
AMI SEMICONDUCTOR BELGIUM BVBA,  :

           Counterclaim-Plaintiffs,  :
   v.
POWERDSINE, INC. and POWERDSINE, LTD.,  :

           Counterclaim-Defendants.  :
  and
MICROSEMI CORPORATION,  :

           Third-Party Defendant.  :

------------------------------------- x

Upon Defendants and Counterclaim-plaintiffs' application, and with Plaintiffs and Counterclaim-defendants and Third-Party Defendant's consent, it is hereby ORDERED that:

Joseph E. Mais, Esq. of the law firm Perkins Coie LLP is admitted *Pro Hac Vice* to practice before this Court.

                                                   _____
                                                   Hon. Shira A. Scheindlin
                                                   United States District Judge

Dated: Feb. 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

RECEIVED
CHAMBERS OF
FEB 01 2008
JUDGE SCHEINDLIN