USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

POWERDSINE, INC. and POWERDSINE, LTD., :

        Plaintiffs, :

   v. :

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA, :

        Defendants. :

 

------------------------------------------------------------x

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA, :

        Counterclaim-Plaintiffs, :

   v. :

POWERDSINE, INC. and POWERDSINE, LTD., :

        Counterclaim-Defendants. :
   and
MICROSEMI CORPORATION, :

        Third-Party Defendant. :

------------------------------------------------------------x

07 Civ. 6014 (SAS) (ECF)

**PROPOSED ORDER AMENDING SCHEDULING ORDER**

    In the interests of justice and for good cause shown, it is hereby ordered that subparagraphs e, f, g, and i of Section 3 of the Scheduling Order issued August 7, 2008 are amended as follows:

- Opening expert reports: March 31, 2008

- Rebuttal expert reports: May 30, 2008

Fact depositions (both party and non-party) to take place between March 31 and August 29, 2008,

- Completion of expert witness depositions: July 31, 2008

- Completion of discovery: August 29, 2008
- Plaintiffs shall serve its pretrial order matters to Defendants: September 29, 2008

- ~~Final Pre-Trial Conference: October 29, 2008~~

*Final pretrial conference, September 16 at 4:30*

*Joint Pretrial Order October 20, 2008*

*No further extensions*

SO ORDERED:

2/7/08

Hon. Shira A. Scheindlin
United States District Judge

2