UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
POWERDSINE, INC. and POWERDSINE, LTD.,

   Plaintiffs,

 v.

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

   Counterclaim-Plaintiffs,

 v.

POWERDSINE, INC. and POWERDSINE, LTD.,

   Counterclaim-Defendants.
 and
MICROSEMI CORPORATION,

   Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 6014 (SAS) (ECF)

**STIPULATION AND
[PROPOSED] ORDER**

ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/8

  WHEREAS, on February 8, 2008, the Court entered an Order Amending Scheduling Order (the "Amended Scheduling Order");

  WHEREAS, the parties have been engaged in fact and expert discovery, including the production of documents, the exchange of opening and rebuttal expert reports and the scheduling and noticing of fact depositions in accordance with the terms of the Amended Scheduling Order;

  WHEREAS, the depositions of fact witnesses is scheduled to be completed on August 29, 2008; and

  WHEREAS, the parties agree that an extension of the time under the Amended Scheduling Order to complete expert witness depositions by that same date, August 29, 2008, is necessary, in the interests of justice and for good cause, and will not require the amendment of any other dates set forth in the Amended Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record, that:

1. The time to complete expert witness depositions shall be and hereby is extended until and including August 29, 2008.

2. All other dates set forth in the Amended Scheduling Order shall remain in full force and effect.

Dated: New York, New York
July 23, 2008

CHADBOURNE & PARKE LLP

By: _____
Dennis C. Hopkins
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5433
(212) 541-5369 (Fax)
Dhopkins@Chadbourne.com

Counsel for Plaintiffs/Counterclaim-Defendants PowerDsine, Inc. and PowerDsine, Ltd.

RICHARDS KIBBE & ORBE LLP

By: _____
H. Rowan Gaither IV
One World Financial Center
New York, New York 10281-1003
(212) 530-1800
(212) 530-1801 (Fax)
RGaither@rkollp.com

- And -

PERKINS COIE BROWN & BAIN P.A.
Joseph E. Mais (admitted *pro hac vice*)
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
(602) 351-8280
(602) 648-7180 (Fax)

Counsel for Defendants/Counterclaim-Plaintiffs AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA

SO ORDERED:

_____
United States District Judge

7/23/08