UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWERDSINE, INC. and POWERDSINE, LTD.,

Plaintiffs,

v.

AMI SEMICONDUCTOR, INC. and AMI SEMICONDUCTOR BELGIUM BVBA,

Defendants.

AMI SEMICONDUCTOR, INC. and AMI SEMICONDUCTOR BELGIUM BVBA,

Counterclaim-Plaintiffs,

v.

POWERDSINE, INC. and POWERDSINE, LTD.,

Counterclaim-Defendants.

and

MICROSEMI CORPORATION,

Third-Party Defendant.

07 Civ. 6014 (SAS) (ECF)

**STIPULATION AND [PROPOSED] ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08

WHEREAS, on February 8, 2008, the Court entered an Order Amending Scheduling Order (the "Amended Scheduling Order");

WHEREAS, the parties have been engaged in fact and expert discovery, including the production of documents, the exchange of opening and rebuttal expert reports and the taking of fact and expert depositions in accordance with the terms of the Amended Scheduling Order;

WHEREAS, on July 23, 2008 the parties sought and were granted relief from the Amended Scheduling order extending the time to complete expert witness depositions from July 31, 2008 to August 29, 2008;

WHEREAS, the depositions of fact witnesses is scheduled to be completed on August 29, 2008; and

WHEREAS, the parties agree that an extension of the time under the Amended Scheduling Order until September 2, 2008 to complete the deposition of one of Plaintiffs'

witnesses is necessary, in the interests of justice and for good cause, and will not require the amendment of any other dates set forth in the Amended Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record, that:

1. The time to complete the deposition of one of Plaintiffs' witnesses shall be and hereby is extended until and including September 2, 2008.

2. All other dates set forth in the Amended Scheduling Order shall remain in full force and effect.

Dated: New York, New York
August 27, 2008

CHADBOURNE & PARKE LLP

By: [signature]
Dennis C. Hopkins
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5433
(212) 541-5369 (Fax)
Dhopkins@Chadbourne.com

Counsel for Plaintiffs/Counterclaim-Defendants PowerDsine, Inc. and PowerDsine, Ltd.

RICHARDS KIBBE & ORBE LLP

By: /s/ H. Rowan Gaither IV
H. Rowan Gaither IV
One World Financial Center
New York, New York 10281-1003
(212) 530-1800
(212) 530-1801 (Fax)
RGaither@rkollp.com

- And -

PERKINS COIE BROWN & BAIN P.A.
Joseph E. Mais (admitted *pro hac vice*)
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
(602) 351-8280
(602) 648-7180 (Fax)

Counsel for Defendants/Counterclaim-Plaintiffs AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA

SO ORDERED:

[signature]
United States District Judge

8/28/08