FROM                                         2008 09 02    22:27/ST. 22:26                              P002

**R K & O**   RICHARDS KIBBE & ORBE LLP   ONE WORLD FINANCIAL CENTER   NEW YORK, NEW YORK   10281-1003



H. Rowan Gaither
212 530 1807 DIRECT
917 344 8807 FAX
RGAITHER@RKOLLP.COM

September 3, 2008



BY FACSIMILE

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

PowerDsine, Inc., et al. v. AMI Semiconductor, Inc., et al.,
07-Civ.-6014 (SAS) (FM)

Dear Judge Scheindlin:

We are co-counsel with Perkins Coie LLP to defendants and counterclaim-plaintiffs AMI Semiconductor, Inc. et al. ("AMI") in the above-referenced action. I write in regard to the letter sent by facsimile to Your Honor yesterday evening by Walter Hanchuk, Esq., counsel for plaintiffs PowerDsine, Inc. et al. In Mr. Hanchuk's letter, he requests that the Court compel AMI to produce certain "documents, testimony and responses to interrogatories." (9/2/2008 Hanchuk Letter at 1.)

Although Mr. Hanchuk's letter makes no mention of the Local Civil Rules or Your Honor's Individual Rules and Procedures (the "Individual Rules"), AMI interprets Mr. Hanchuk's letter as a request for a pre-motion conference pursuant to Local Civil Rule 37.2 and Individual Rule III.A. Accordingly, AMI respectfully informs Your Honor that it will prepare and submit a written response to Mr. Hanchuk's letter within three business days, as required by Individual Rule III.A. Counsel for AMI will be available for a pre-motion conference with the Court at Your Honor's convenience thereafter.

Respectfully submitted,

H. Rowan Gaither IV

cc:   Walter Hanchuk, Chadbourne & Park LLP (by fax and email)
      Dennis C. Hopkins, Chadbourne & Parke LLP (by fax and email)
      Joseph Mais, Perkins Coie Brown & Bain P.A. (by fax and email)
      Michael Oblon, Perkins Coie LLP (by fax and email)

NEW YORK | 212 530 1800         WASHINGTON | 202 261 2960         LONDON | 44 20 7033 3150

*Handwritten endorsement:* Defendants' request for a pre-motion conference is hereby granted. A conference will be held in courtroom 15C at 5PM on September 23, 2008. SO ORDERED. Dated: 9/3/08  Shira A. Scheindlin, U.S.D.J.