UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POWERDSINE, INC. and POWERDSINE, LTD.,

   Plaintiffs,

 v.

AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

   Defendants.
------------------------------------------------------------x
AMI SEMICONDUCTOR, INC. and
AMI SEMICONDUCTOR BELGIUM BVBA,

   Counterclaim-Plaintiffs,

 v.

POWERDSINE, INC. and POWERDSINE, LTD.,

   Counterclaim-Defendants.

 and

MICROSEMI CORPORATION,

   Third-Party Defendant.
------------------------------------------------------------x

07 Civ. 6014 (SAS) (ECF)

STIPULATION AND
[PROPOSED] ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08

WHEREAS, on February 8, 2008, the Court entered an Order Amending Scheduling Order (the "Amended Scheduling Order");

WHEREAS, the Amended Scheduling Order set the date for the close of discovery for August 29, 2008, and the final pre-trial conference for September 16, 2008; and

WHEREAS, the Court has scheduled a pre-motion conference for September 23, 2008, to address certain unresolved discovery issues raised by Plainitffs; and

WHEREAS, the parties agree that consolidating both conferences on a single date is in the interests of justice and for good cause, and will not require the amendment of any other dates set forth in the Amended Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record, that:

1. The final pre-trial conference currently scheduled for September 16, 2008, is adjourned.

2. The final pre-trial conference will be held on September 23, 2008, in conjunction with the pre-motion conference already scheduled for that day, at a time to be determined by the Court.

3. All other dates set forth in the Amended Scheduling Order shall remain in full force and effect.

Dated: New York, New York
September 10, 2008

CHADBOURNE & PARKE LLP

By: _____
Dennis C. Hopkins
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5433
(212) 541-5369 (Fax)
E-mail: DHopkins@chadbourne.com

Counsel for Plaintiffs/Counterclaim-
Defendants PowerDsine, Inc and PowerDsine,
Ltd. And Counterclaim Defendant Microsemi
Corporation

RICHARDS KIBBE & ORBE LLP

By: _____
H. Rowan Gaither IV
One World Financial Center
New York, New York 10281-1003
(212) 530-1800
(212) 530-1801 (Fax)
E-mail: RGaither@rkollp.com

- And -

PERKINS COIE BROWN & BAIN P.A.
Joseph E. Mais (admitted *pro hac vice*)
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
(602) 351-8280
(602) 648-7180 (Fax)
E-mail: JMais@perkinscoie.com

Counsel for Defendants/Counterclaim-
Plaintiffs AMI Semiconductor, Inc. and AMI
Semiconductor Belgium BVBA

SO ORDERED:

_____
United States District Judge

9/12/08